## KENDRICK v. UNITED STATES.

No. 9722.

United States Court of Appeals
District of Columbia Circuit.

Argued Oct. 4, 1948.
Decided Oct. 25, 1948.

Mr. James J. Laughlin, of Washington, D. C., for appellant.

Mr. John D. Lane, Asst. U. S. Atty., of Washington, D. C., with whom Messrs. George Morris Fay, U. S. Atty. and Arthur J. McLaughlin, Asst. U. S. Atty., both of Washington, D. C., were on the brief, for appellee.

Mr. Sidney S. Sachs, Asst. U. S. Atty., of Washington, D. C., also entered an appearance for appellee.

Before EDGERTON, CLARK and WILBUR K. MILLER, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment of the United States District Court for the District of Columbia convicting John A. Kendrick of assault with a deadly weapon.

We have given careful study to the record and have found no basis for any of the appellant's several assignments of error. Kendrick confessed not only to the arresting officers, but also to the jury as he testified in his own behalf. There was much corroborating evidence. He was fairly tried and abundantly proved guilty.

Affirmed.

## James A. MATTHEWS, Appellant, v. UNITED STATES of America, Appellee.

No. 9747.

United States Court of Appeals
District of Columbia Circuit.

Submitted Oct. 4, 1948.
Decided Oct. 25, 1948.

Mr. John M. Holzworth, of Washington, D. C., was on the brief for appellant.

Mr. John D. Lane, Asst. U. S. Atty., of Washington, D. C., with whom Messrs. George Morris Fay, U. S. Atty., and William Hitz, Asst. U. S. Atty., both of Washington, D. C., were on the brief, submitted for appellee.

Before EDGERTON, CLARK, and WILBUR K. MILLER, Circuit Judges.

PER CURIAM.

We find no error in the record. The judgment of the District Court is therefore affirmed.